**IN THE MATTER OF THE PETITION**
**FOR REINSTATEMENT OF**
**MARK HOWARD FRIEDMAN**
**TO THE BAR OF MARYLAND**

    **\***   **In the**

    **\***   **Court of Appeals**

**\***  **of Maryland**

**\***  **Misc. Docket AG No. 26**

**\***  **September Term, 2019**

## O R D E R

The Court having considered the Petition for Reinstatement to the Maryland Bar filed by Petitioner, Mark Howard Friedman, and the response of Bar Counsel filed thereto, in the above entitled case, it is this 20th day of November, 2019

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the Petition for Reinstatement of Mark Howard Friedman be, and it is hereby, GRANTED, and it is further

ORDERED, that Petitioner, upon taking in open court and subscribing to the oath of attorneys required by Maryland Code (2018) §10-212 of the Business Occupations and Professions Article, be reinstated as a member of the Bar of Maryland, and it is further

ORDERED that the Clerk of the Court shall replace the name of Mark Howard Friedman upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge



Suzanne C. Johnson, Clerk